

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable F. L. Wilson
Assistant Criminal District Attorney
Ellis County
Waxahachie, Texas

Dear Sir:

Opinion No. C-4776
Re: Whether or not an operator of
a State Highway Department
truck used to haul gravel is
exempt from procuring a com-
mercial operator's license.

We acknowledge receipt of your request for an opinion
on the following question:

"Is a person exempt from securing a license as
a commercial operator who is employed by the State
Highway Department to haul gravel in a State High-
way owned truck and is paid by the month for such
services by the State Highway Department."

Section 2, Article 6687b, Vernon's Annotated Civil Stat-
utes, Subsection (a), provides as follows:

"No person, except those hereinafter expressly
exempted, shall drive any motor vehicle upon a high-
way in this State unless such person has a valid li-
cense as an operator, a commercial operator, or a
chauffeur under the provisions of this Act."

Subsection (n) of Section 1, Article 6687b, Vernon's
Annotated Civil Statutes, defines a commercial operator as being:

"Every person who is the driver of a motor ve-
hicle designed or used for the transportation of
property, including all vehicles used for delivery
purposes, while said vehicle is being used for com-
mercial or delivery purposes."

In your inquiry you advise that the person in question is operating a motor vehicle upon the highways of this State and is hauling gravel therein. There can be no doubt but that this person comes within the definition of the term "commercial operator" unless he is exempt from procuring a license under the terms of Section 3, Article 6687b, Vernon's Annotated Civil Statutes. An examination of said Section 3, supra, does not reveal that the Legislature made provision for the exemption of employees of the State of Texas.

Trusting that the foregoing fully answers your inquiry, we are

APPROVED AUG 24, 1942

FIRST ASSISTANT
ATTORNEY GENERAL

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Richard H. Cocke
Assistant

RHC:ej

